**DISMISS; and Opinion Filed April 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00109-CV

### IN THE INTEREST OF E.M.B, A CHILD

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-55694-2010**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Justice Brown

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 30, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 30, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated March 17, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the

docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Ada Brown/
ADA BROWN
JUSTICE

140109F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF E.M.B, A CHILD

No. 05-14-00109-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-55694-2010.
Opinion delivered by Justice Brown.  Chief Justice Wright and  Justice Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SINA M TIDELL recover her costs of this appeal from appellant DAVID W. BROWN.

Judgment entered this 9th day of April, 2014.

/Ada Brown/
ADA BROWN
JUSTICE